dru Guthrie for admission to practice in the courts of record of the state of New York. No opinion. Application granted.

HAGAN v. WARD. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Katherine O. K. Hagan against Sidney Ward. No opinion. Motion denied.

HALL, Respondent, v. BOND et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Lizzie Hall, as administratrix, etc., of Mary Boyle, deceased, against Julia Bond and others. No opinion. Motion to dismiss appeal denied, without costs.

HALPIN v. COLEMAN et al. PEOPLE v. MUTUAL BREWING CO. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Paul Halpin against Matthew Coleman and others. No opinion. Motion for stay denied, without costs.

HARKINS, Appellant, v. SHARKEY, Respondent. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Joseph Harkins against Henry W. Sharkey. No opinion. Judgment and order affirmed, with costs.

HARPER v. ALBANY RY. (Supreme Court, Appellate Division, Third Department. May 9, 1901.) Action by Alexander H. Harper, an infant, etc., against the Albany Railway. No opinion. Motion to dismiss appeal granted, unless plaintiff by the 15th of July, 1901, procure case to be settled, signed, and filed, and printed case served upon defendant's attorney.

HARVEY, Respondent, v. ANNABLE et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 24, 1901.) Action by Reginald Harvey against Henry Annable and others. No opinion. Judgment affirmed, with costs.

HASBROUCK, Appellant, v. EICHORN et al., Board of Trustees, Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Joseph Hasbrouck against Charles F. Eichorn and others, composing the board of trustees of the village of Dobbs Ferry, and others. No opinion. Judgment affirmed, with costs.

In re HAZELTON. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) In the matter of the application of George C. Hazelton, Jr., for admission to practice as an attorney and counselor at law in the courts of this state. No opinion. Application granted.

HEATH, Respondent, v. KOCH et al., Appellants. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by Henry G. K. Heath against Anna O. Koch and others. O. J. McDermott, for appellants. H. G. K. Heath, pro se. No opinion. Order affirmed, with $10 costs and disbursements.

HEATHCOTE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by William H. Heathcote against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. W. C. Davis, for respondent. No opinion. Judgment and order affirmed, with costs. .

HEFFRON, Appellant, v. JENNINGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by Mab Heffron, an infant, by Fannie Heffron, her guardian ad litem, against Henry Jennings, sometimes known as Harry Jennings. No opinion. Appeal from order dismissed, with $10 costs and disbursements.

HENDERSON, Respondent, v. OBRIG, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Robert M. Henderson against Josephine Obrig. No opinion. Judgment affirmed, with costs.

HENDRICK et al., Appellants, v. PATTERSON, Respondent. (Supreme Court, Appellate Division, Third Department. May 9, 1901.) Action by Ida R. Hendrick and Steven V. R. Hendrick, as administrators, etc., against Frank J. Patterson. No opinion. Judgment unanimously affirmed, with costs.

HENRY, Appellant, v. ROWELL, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by John F. Henry against George P. Rowell, as executor of the last will and testament of Arethusa L. Forbes, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See 64 N. Y. Supp. 488.

HENTZ v. HAVEMEYER. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Henry Hentz against Theodore A. Havemeyer. No opinion. Motion for leave to go to court of appeals granted.

HINES, Respondent, v. COSTELLO, Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Mark Hines against Patrick Costello. No opinion. Judgment affirmed by default, with costs.

HOWE, Respondent, v. TOWN OF VIENNA, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by Alva G. Howe against the town of Vienna. No opinion. Judgment and order affirmed, with costs.

HOYE, Respondent, v. CIANCIMINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Stephen M. Hoye, as agent for Rose C. Hoye, against Peter Ciancimino and the Frank